# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TIMOTEO GUEVARA,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. 1:18-cv-00871-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 3)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Jose Timoteo Guevara ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on June 11, 2018, in the United States District Court for the Northern District of California. (ECF No. 1.) That same date, the Northern District issued an order directing Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within twenty-eight days. (ECF No. 3.) On June 21, 2018, the case was transferred to this district. (ECF No. 6.)

The deadline to submit the application or pay the filing fee has expired, and Plaintiff has not complied with this order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. In re Phenylpropanolamine (PPA) Products Liability

1

Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006).

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court shall serve this order and a blank application to proceed *in forma pauperis* by a prisoner on Plaintiff;

2. Within **twenty-one (21) days** of service of this order, Plaintiff shall EITHER:

    a. Complete and return the application to proceed *in forma pauperis*, or in the alternative, pay the $400.00 filing fee for this action; OR

    b. Show cause in writing why this action should not be dismissed for failure to prosecute and failure to obey a court order; and

3. **Plaintiff's failure to comply with this order will result in the dismissal of this action for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: **July 18, 2018**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE