# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TIMOTEO GUEVARA,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00871-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br>(ECF No. 13)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 15) |

Plaintiff Jose Timoteo Guevara ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 31, 2018, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 15.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 2.)

On September 17, 2018, rather than filing objections to the findings and recommendations, Plaintiff paid the $400.00 filing fee in full.

Accordingly, Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 13), is HEREBY DENIED as moot, and the findings and recommendations to deny Plaintiff's motion to proceed *in*

1

*forma pauperis*, (ECF No. 15), are VACATED.  Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

   Dated: __**September 18, 2018**__        /s/ *Barbara A. McAuliffe* _
                                                                           UNITED STATES MAGISTRATE JUDGE